1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  21-cr-634-JLS |
| Plaintiff, | HON. JANIS L. SAMMARTINO |
| v. | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| LUIS FERNANDO PELAYO-RUIZ, | |
| Defendant | |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from February 18, 2022 until March 18, 2022 at 1:30 p.m. It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated:  February 16, 2022

Hon. Janis L. Sammartino
United States District Judge