UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 21-cr-634-JLS |
|---|---|
| Plaintiff, | HON. JANIS L. SAMMARTINO |
| v. | |
| LUIS FERNANDO PELAYO-RUIZ, | ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING |
| Defendant | |

Joint Motion Having Been Entered by the parties, and Good Cause appearing, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting be continued from March 25, 2022 until April 22, 2022 at 1:30 p.m. It is further ordered that time is excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), for the reasons set forth in the parties' Joint Motion to Continue Motion Hearing/Trial Setting.

**SO ORDERED.**

Dated: March 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge